IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DEBORAH AND RANDELLA LINDSEY                                                      PLAINTIFFS

VS.                                         CASE NO. 07-CV-1103

SOUTHERN FARM BUREAU and
WILLIAM GRANT                                                                     DEFENDANTS

**ORDER**

Before the Court are three motions for summary judgment. The first is a Motion for Summary Judgment filed by Separate Defendant Southern Farm Bureau. (Doc. 9). Separate Defendant William Grant responded. (Doc. 18) Plaintiffs Deborah and Randella Lindsey also responded. (Doc. 22). The second and third are Motions for Partial Summary Judgment (Doc. 12) and Summary Judgment (Doc. 16) both filed by Separate Defendant William Grant. Separate Defendant Southern Farm Bureau responded to William Grant's Motion for Summary Judgment. (Doc. 20). Separate Defendant William Grant replied to Southern Farm Bureau's Response. (Doc. 28). Plaintiffs, Deborah and Randella Lindsey responded to Separate Defendant William Grant's Motion for Partial Summary Judgment. (Doc. 23).

For reasons discussed in the Memorandum Opinion of even date, the Court finds that Separate Defendant Farm Bureau's Motion for Summary Judgment (Doc. 9) should be and hereby is **GRANTED**. Plaintiffs' claims against Separate Defendant Farm Bureau are dismissed with prejudice. The Court also finds that Separate Defendant William Grant's Motion for Partial Summary Judgment (Doc. 12) should be and hereby is **DENIED** at this time. Lastly, the Court finds that Separate Defendant William Grant's Motion for Summary Judgment (Doc. 16) is **GRANTED**. Separate Defendant Farm Bureau's cross-claim against Separate Defendant William Grant is dismissed as moot.

**IT IS SO ORDERED**, this 28th day of January, 2009.

    /s/ Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge